THOMAS NOLAN, Respondent, *v.* JOHN P. LEWIS, Appellant.

APPEAL from a judgment of the District Court in the city of New York for the fourth judicial district, rendered by the justice, without a jury, in favor of the plaintiff.

Action for services.

*Thomas Nolan*, respondent, in person.

*John Hahnenfeld*, for appellant.

*Per Curiam.* The plaintiff sued for the value of services rendered by him to the defendant in the capacity of attorney and counselor. As to the fact of plaintiff's employment by defendant, the record discloses a conflict of evidence with which we have nothing to do. That the services in question were performed is not disputed, and we find no reason for holding that the sum of $100, as found by the justice to be the reasonable value therefor, is excessive. No questions of law are presented by the record.

Present : BISCHOFF and GIEGERICH, JJ.
Judgment affirmed, with costs.

---

HENRY G. BICKNELL, Respondent, *v.* GILBERT M. SPIER, Jr., Appellant.

MOTION for leave to appeal to Court of Appeals.

*J. C. O'Conor, Jr.,* for motion.

*Per Curiam.* The question of law for review is not stated nor can it be discovered in the moving papers. *White* v. *Balta,* herewith decided, *ante,* page 662.

Present: DALY, Ch. J., BISCHOFF and PRYOR, JJ.
Motion denied, with ten dollars costs.